UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                                                        Plaintiffs,

Docket No.:
1:22-cv-03630-KAM-VMS

     -against-

IDEAL CARE PHARMACY, INC. et al.,

                                                   Defendants.
-----------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, the "Plaintiffs"), and counsel for Defendants, Ideal Care Pharmacy, Inc. and Leonid Naishuler (collectively, the "Defendants") that all claims in this action asserted by Plaintiffs against Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: 2/1, 2023

Rivkin Radler, LLP

By: _____
Michael A. Sirignano, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
*Counsel for Plaintiffs*

Harfenist, Kraut, & Perlsteain, LLP

By: Steven J. Harfenist /s/
Steven J. Harfenist, Esq.
3000 Marcus Avenue, 2nd Floor East
Lake Success, NY 11042
*Counsel for Defendants*